**ORIGINAL**



"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BJ GLOBAL DIRECT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EDIZA ONLINE, INC., a California corporation, and SHAREWELL GROUP, INC., a California corporation.<br><br>Defendant. | CASE NO. SACV 09-0584-AG (RNBx)<br><br>[~~PROPOSED~~] ORDER GRANTING BJ GLOBAL DIRECT, INC.'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT |

Having considered Plaintiff BJ Global Direct, Inc.'s Application for Entry of Default Judgment by the Court against Ediza Online, Inc. ("Ediza"), and the declarations of Bizhan Fazeli, Peter Weinberg and Jessica Lyn Lund filed in support thereof, and finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiff's Application for Entry of Default by the Court ~~is~~ has been GRANTED.

IT IS FURTHER ORDERED that Plaintiff is entitled to judgment against Defendant Ediza on account of the claims pleaded in the complaint, to wit that Defendant Ediza: (1) violated 15 U.S.C. § 1125(a) by falsely representing they would

---

[PROPOSED] ORDER GRANTING BJ GLOBAL DIRECT, INC.'S EX PARTE APPLICATION FOR ENTRY
OF DEFAULT JUDGMENT BY THE COURT

sell the Kymaro New Body Shaper, as set forth in Plaintiff's first claim for relief; (2) violated 15 U.S.C. § 1125 (c) by tarnishing, blurring, disparaging, diminishing or otherwise diluting the Kymaro New Body Shaper trademarks as set forth in Plaintiff's second claim for relief; (3) violated Cal. Bus. & Prof. Code § 14247 by tarnishing, blurring, disparaging, diminishing or otherwise diluting the distinctive quality of the Kymaro Marks as set forth in Plaintiff's third claim for relief; (4) committed unfair competition in violation of California Business & Professions Code § 17200, as set forth in Plaintiff's fourth claim for relief; (5) committed false advertising in violation of California Business & Professions Code § 17500, as set forth in Plaintiff's fifth claim for relief; (6) infringed upon BJ Global's common law trademark rights in the Kymaro New Body Shaper, as set forth in Plaintiff's seventh claim for relief; and (7) committed common law unfair competition, as set forth in Plaintiff's eighth claim for relief.

IT IS FURTHER ORDERED that Plaintiff is entitled to entry of a permanent Order under F.R.C.P. 65(d)(2) the following who receive actual notice of this injunction enjoining Ediza, and its alter egos, employees, servants, agents, ~~affiliates,~~ officers, ~~distributors, dealers,~~ attorneys, ~~successors and/or assigns,~~ and all persons in active concert or participation with any of them (hereinafter, collectively, "Defendant Ediza") from: (a) falsely or misleadingly describing the characteristics, qualities or origin of Defendants' goods and services; (b) committing false advertising in violation of California Business & Professions Code § 17500 and/or 15 U.S.C. § 1125(a); (c) unfairly competing with BJ Global in violation of common law and/or California Business & Professions Code § 17200; (d) infringing Plaintiff's trademarks and intellectual property in any manner whatsoever; (e) performing or allowing any act or thing which may dilute by tarnishment, blurring, disparaging, or otherwise diluting the distinctive quality of Plaintiff's trademarks; (f) causing a likelihood of confusion with BJ Global Direct, Inc.'s trademarks, products, services, commercial activities or intellectual property or causing injuries to BJ Global's reputation; and (g) using improperly

[PROPOSED] ORDER GRANTING BJ GLOBAL DIRECT, INC.'S EX PARTE APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT

1 | Plaintiff's trademarks and/or intellectual property in advertising, promoting, or marketing,
2 | ~~or offering for sale any product or service.~~
3 | IT IS FURTHER ORDERED that Plaintiff is entitled to judgment against
4 | Defendant Ediza in the amount of $500,000 in damages and $93,855.75 in attorneys'
5 | fees and $5,656.29 in costs for a total of $599,512.04, plus post-judgment interest.
6 | ~~calculated from the date of judgment at a rate equal to the weekly average 1-year~~
7 | ~~constant maturity Treasury yield, as published by the Board of Governors of the~~
8 | ~~Federal Reserve System, for the calendar week preceding the date of the judgment.~~
9 | ///

DATED: Dec 30, 2009

_____
United States District Judge

Respectfully submitted by:

DAVID BATTAGLIA
JESSICA LUND
GIBSON, DUNN & CRUTCHER LLP

By:     /Jessica Lund/
          JESSICA LUND

Attorneys for Plaintiff BJ Global Direct, Inc.

100761841_1.DOC

[PROPOSED] ORDER GRANTING BJ GLOBAL DIRECT, INC.'S EX PARTE APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT