

ORIGINAL

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| BJ GLOBAL DIRECT, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>EDIZA ONLINE, INC., a California corporation, and SHAREWELL GROUP, INC., a California corporation.<br><br>    Defendant. | CASE NO. SACV 09-0584-AG (RNBx)<br><br>[~~PROPOSED~~] JUDGMENT BY DEFAULT |

This Court, having ~~on            , 200~~ granted Plaintiff BJ Global Direct, Inc.'s application for default judgment by the court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Defendant Ediza Online, Inc. violated 15 U.S.C. § 1125(a) by falsely representing it would sell the Kymaro New Body Shaper, as set forth in Plaintiff's first claim for relief.

*courtesy copy*

*E-FILED*

1  Defendant Ediza Online, Inc. violated 15 U.S.C. § 1125 (c) by tarnishing,

2  blurring, disparaging, diminishing or otherwise diluting the Kymaro New Body Shaper

3  trademarks as set forth in Plaintiff's second claim for relief.

4  Defendant Ediza Online, Inc. violated Cal. Bus. & Prof. Code § 14247 by

5  tarnishing, blurring, disparaging, diminishing or otherwise diluting the distinctive

6  quality of the Kymaro Marks as set forth in Plaintiff's third claim for relief.

7  Defendant Ediza Online, Inc. committed unfair competition in violation of

8  California Business & Professions Code § 17200, as set forth in Plaintiff's fourth claim

9  for relief.

10  Defendant Ediza Online, Inc. committed false advertising in violation of

11  California Business & Professions Code § 17500, as set forth in Plaintiff's fifth claim

12  for relief.

13  Defendant Ediza Online, Inc. infringed upon BJ Global's common law

14  trademark rights in the Kymaro New Body Shaper, as set forth in Plaintiff's seventh

15  claim for relief.

16  Defendant Ediza Online, Inc. committed common law unfair competition, as set

17  forth in Plaintiff's eighth claim for relief;

18  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that: Judgment
   under F.R.C.P. 65(d)(2) the following who receive actual notice of this Order

19  Ediza Online, Inc., and its agents, servants, employees, officers, attorneys, alter
   other

20  egos, ~~affiliates, distributors, dealers, successors and/or assigns~~, and ~~all~~ persons in

21  active concert or participation with any of them (hereinafter defined collectively as

22  "Defendant Ediza") are permanently enjoined from:

23      (a)   falsely or misleadingly describing the characteristics, qualities or origin of

24            Defendants' goods and services;

25      (b)   committing false advertising in violation of California Business &

26            Professions Code § 17500 and/or 15 U.S.C. § 1125(a);

27      (c)   unfairly competing with BJ Global in violation of common law and/or

28            California Business & Professions Code § 17200;

---

[PROPOSED] JUDGMENT BY DEFAULT

2

1        (d)    infringing Plaintiff's trademarks and intellectual property in any manner

2               whatsoever;

3        (e)    performing or allowing any act or thing which may dilute by tarnishment,

4               blurring, disparaging, or otherwise diluting the distinctive quality of

5               Plaintiff's trademarks;

6        (f)    causing a likelihood of confusion with BJ Global Direct, Inc.'s

7               trademarks, products, services, commercial activities or intellectual

8        *improperly*  property or causing injuries to BJ Global's reputation; and

9        (g)  using Plaintiff's trademarks and/or intellectual property in advertising,

10              promoting, marketing, ~~or offering for sale any product or service~~ *or*

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that:

2        Plaintiff BJ Global Direct, Inc. shall recover $500,000 in compensatory damages

3  from Defendant Ediza as defined herein.

4        Plaintiff BJ Global Direct, Inc. shall recover $93,855.75 in attorneys' fees from

5  Defendant Ediza as defined herein.

6        Plaintiff BJ Global Direct, Inc. shall recover $5,656.29 in costs from Defendant

7  Ediza as defined herein.

8        Plaintiff BJ Global Direct Inc. shall recover post-judgment interest on the total

9  amount due it of $599,512.04 calculated from the date of judgment at a rate equal to

10  the weekly average 1–year constant maturity Treasury yield, as published by the Board

11  of Governors of the Federal Reserve System, for the calendar week preceding the date

12  of the judgment;

14  DATED: Dec 30 , 2009

16                               United States District Judge

18  Respectfully submitted by:

19  DAVID BATTAGLIA
    JESSICA LUND
20  GIBSON, DUNN & CRUTCHER LLP

22  By: _____
23        JESSICA LUND

24  Attorneys for Plaintiff BJ Global Direct, Inc.

25        100762185_1.DOC

---

**[PROPOSED] JUDGMENT BY DEFAULT**

4