UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BJ GLOBAL DIRECT, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>EDIZA ONLINE, INC., a California corporation, and SHAREWELL GROUP, INC., a California corporation.<br><br>                    Defendant. | CASE NO. SACV 09-0584-AG (RNBx)<br><br>**REVISED JUDGMENT BY DEFAULT PURSUANT TO COURT'S JUNE 16, 2010 MINUTE ORDER** |

This Court, having granted Plaintiff BJ Global Direct, Inc.'s application for default judgment by the court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Defendant Ediza Online, Inc. violated 15 U.S.C. § 1125(a) by falsely representing it would sell the Kymaro New Body Shaper, as set forth in Plaintiff's first claim for relief.

Defendant Ediza Online, Inc. violated 15 U.S.C. § 1125 (c) by tarnishing, blurring, disparaging, diminishing or otherwise diluting the Kymaro New Body Shaper trademarks as set forth in Plaintiff's second claim for relief.

Defendant Ediza Online, Inc. violated Cal. Bus. & Prof. Code § 14247 by tarnishing, blurring, disparaging, diminishing or otherwise diluting the distinctive quality of the Kymaro Marks as set forth in Plaintiff's third claim for relief.

Defendant Ediza Online, Inc. committed unfair competition in violation of California Business & Professions Code § 17200, as set forth in Plaintiff's fourth claim for relief.

Defendant Ediza Online, Inc. committed false advertising in violation of California Business & Professions Code § 17500, as set forth in Plaintiff's fifth claim for relief.

Defendant Ediza Online, Inc. infringed upon BJ Global's common law trademark rights in the Kymaro New Body Shaper, as set forth in Plaintiff's seventh claim for relief.

Defendant Ediza Online, Inc. committed common law unfair competition, as set forth in Plaintiff's eighth claim for relief;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that:

Under F.R.C.P. 65(d)(2) the following who receive actual notice of this Judgment, Ediza Online, Inc., and its alter egos, officers, employees, servants, agents, attorneys, and other persons in active concert or participation with any of them, are permanently enjoined from:

(a)     falsely or misleadingly describing the characteristics, qualities or origin of Defendants' goods and services;

(b)     committing false advertising in violation of California Business & Professions Code § 17500 and/or 15 U.S.C. § 1125(a);

1    (c) unfairly competing with BJ Global in violation of common law and/or

2       California Business & Professions Code § 17200;

3    (d) infringing Plaintiff's trademarks and intellectual property in any manner

4       whatsoever;

5    (e) performing or allowing any act or thing which may dilute by tarnishment,

6       blurring, disparaging, or otherwise diluting the distinctive quality of

7       Plaintiff's trademarks;

8    (f) causing a likelihood of confusion with BJ Global Direct, Inc.'s

9       trademarks, products, services, commercial activities or intellectual

10      property or causing injuries to BJ Global's reputation; and

11    (g) improperly using Plaintiff's trademarks and/or intellectual property in

12      advertising, promoting, or marketing.

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**[PROPOSED] REVISED JUDGMENT BY DEFAULT**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that:

Plaintiff BJ Global Direct, Inc. shall recover $500,000 in damages and $93,855.75 in attorneys' fees and $5,656.29 in costs, for a total of $599,512.04 plus post-judgment interest, from Ediza Online, Inc.

DATED:  June 29, 2010

_____

United States District Judge

Andrew J. Guilford

Respectfully submitted by:

DAVID BATTAGLIA
JESSICA LUND
GIBSON, DUNN & CRUTCHER LLP


By:  _____/Jessica Lund/_____

Jessica Lund

Attorneys for Plaintiff BJ Global Direct, Inc.

100889049_1.DOC